1

Heather C. Yakely, WSBA #28848
Kristopher P. Morton, WSBA # 54872

2

Kutak Rock LLP
510 W. Riverside, Suite 800

3

Spokane, WA 99201
(509) 747-4040; fax (509) 747-4545

4

Attorney for Defendants
heather.yakely@kutakrock.com

5

kristopher.morton@kutakrock.com

6

7

UNITED STATES DISTRICT COURT

8

FOR THE EASTERN DISTRICT OF WASHINGTON

9

ROBERT B. LUTZ, MD, MPH, a
married man,

Case No.:  2:22-CV-00028-MKD

10

11

Plaintiff,

12

v.

Notice of Appearance of Kristopher
P. Morton for Defendants Spokane
Regional Health District and Amelia
Clark

13

SPOKANE REGIONAL HEALTH
DISTRICT, a Washington State
local public health agency; and
AMELIA CLARK, an individual,

14

15

Defendants.

16

TO:        CLERK OF THE COURT;

17

AND TO:    ROBERT B. LUTZ, MD, MPH, Plaintiff, and ROBERT J.
           CARLSON and CALEB A. HATCH, Attorneys for Plaintiff.

18

COMES NOW Defendants, Spokane Regional Health District and Amelia

19

Clark, and herewith enters an appearance in the above-entitled action through

20

KRISTOPHER P. MORTON of KUTAK ROCK LLP, attorneys of record, and

21

requests that all further pleadings herein, exclusive of process, be served upon said

22

23

Notice of Appearance of Kristopher P. Morton for Defendants
Spokane Regional Health District and Amelia Clark - page 1

KUTAK ROCK LLP
Attorneys at Law
Cutter Tower
510 West Riverside Avenue
Suite 800
Spokane, Washington 99201-0506
(509) 747-4040

1    attorney at his office address stated below and, if service is made electronically, at

2    the email address below.

3        Dated: July 29, 2022.

4

5                                    KUTAK ROCK LLP

6                                    By   s/ *Kristopher P. Morton*
                                     Kristopher P. Morton, WSBA # 54872
7                                    510 W. Riverside Ave., Ste. 800
                                     Spokane, WA 99201
8                                    (509) 747-4040
                                     kristopher.morton@kutakrock.com

9                                    Counsel for Defendants

10

11

12

13

14

15

16

17

18

19

20

21

22

23

Notice of Appearance of Kristopher P. Morton for Defendants
Spokane Regional Health District and Amelia Clark - page 2

KUTAK ROCK LLP
Attorneys at Law
Cutter Tower
510 West Riverside Avenue
Suite 800
Spokane, Washington 99201-0506
(509) 747-4040

1

## **CERTIFICATE OF SERVICE**

2      I certify that on July 29, 2022, I caused the foregoing to be electronically

3 filed with the Clerk of the Court using the CM/ECF System which in turn

4 automatically generated a Notice of Electronic Filing (NEF) to all parties in the

5 case who are registered users of the CM/ECF system. The NEF specifically

6 identifies recipients of electronic notice.

7

8

9

10      JUSTIN WHITTEKIEND, Paralegal

11

12

13

14

15

16

17

18

19

20

21

22

23

Notice of Appearance of Kristopher P. Morton for Defendants
Spokane Regional Health District and Amelia Clark - page 3

KUTAK ROCK LLP
Attorneys at Law
Cutter Tower
Suite 800
510 West Riverside Avenue
Spokane, Washington 99201-0506
(509) 747-4040