1  Robert J. Carlson, WSBA #18455
   LEE & HAYES, P.C.
2  701 Pike Street, Ste. 1600
3  Seattle, WA 98101
   Telephone: (206) 315-4001
4  carlson@leehayes.com

5  Caleb Hatch, WSBA #51292
6  LEE & HAYES, P.C.
   601 W. Riverside Ave. Suite 1400
7  Spokane, WA 99201
   Telephone: (509) 324-9256
8  caleb.hatch@leehayes.com

9  *Attorneys for Plaintiff*

10
   Heather C. Yakely, WSBA #28848
11 Evans, Craven & Lackie, P.S.
   818 W. Riverside Ave., Suite 250
12 Spokane, WA 99201
   Telephone: (509) 455-5200
13 hyakely@ecl-law.com
14 *Attorney for Defendants*

15 Matthew Z. Crotty, WSBA #39284
   Riverside Law Group, PLLC
16 905 W. Riverside Ave. Ste. 404
17 Spokane, WA 99201
   Telephone: (509) 850-7011
18 mzc@riverside-law.com
   *Attorney for Defendant Amelia Clark*
19 //

20

21

22

23

SECOND JOINT STATUS REPORT - 1

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT B. LUTZ, MD, MPH, a married man,<br><br>  Plaintiff,<br><br>v.<br><br>SPOKANE REGIONAL HEALTH DISTRICT, a Washington State local public health agency; and AMELIA CLARK, an individual,<br><br>  Defendants. | No. 2:22-cv-00028-MKD<br><br>**SECOND JOINT STATUS REPORT** |

Pursuant to the Court's Order Granting Stipulated Motion to Stay Pending Settlement Conference and Related Motion to Expedite [ECF No. 32], the Parties jointly submit this status report regarding the settlement process.

The Court previously granted the Parties' request to stay all deadlines and further process in the case to avoid expenditure of unnecessary costs and resources pending the settlement conference. *Id*. The settlement conference was originally set for February 23, 2023 with Magistrate Judge James A. Goeke. However, due to a scheduling conflict with the representative for the Spokane Regional Health District, the settlement conference was rescheduled for March 15, 2023.

The Parties request the Court continue the stay until after the rescheduled March 15, 2023 settlement conference in order to continue to avoid the expenditure of unnecessary costs and resources. The Parties will inform the Court of the result of the mediation after it takes place.

SECOND JOINT STATUS REPORT - 2

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

RESPECTFULLY SUBMITTED this 9th day of March, 2023.

s/ Caleb Hatch
Caleb Hatch, WSBA # 51292
LEE & HAYES, P.C.
601 W. Riverside Ave. Suite 1400
Spokane, WA 99201
Telephone: (509) 324-9256
Fax: (509) 323-8979
Email: caleb.hatch@leehayes.com

Robert J. Carlson, WSBA #18455
LEE & HAYES, P.C.
701 Pike Street, Ste. 1600
Seattle, WA 98101
Telephone: (206) 315-4001
Fax: (509) 323-8979
Email: carlson@leehayes.com

Attorneys for Plaintiff

s/ Heather C. Yakely (with permission)
Heather C. Yakely, WSBA #28848
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Suite 250
Spokane, WA 99201
Telephone: (509) 455-5200
hyakely@ecl-law.com
*Attorney for Defendants*

s/ Matthew Z. Crotty (with permission)
Matthew Z. Crotty, WSBA #39284
Riverside Law Group, PLLC
905 W. Riverside Ave. Ste. 404
Spokane, WA 99201
Telephone: (509) 850-7011
mzc@riverside-law.com
*Attorney for Defendant Amelia Clark*

SECOND JOINT STATUS REPORT - 3

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of March, 2023, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

>s/ Caleb Hatch
>Caleb Hatch, WSBA #51292
>Lee & Hayes, P.C.
>601 W. Riverside Ave., Ste. 1400
>Spokane, WA 99201
>Telephone: (509) 324-9256
>Facsimile: (509) 323-8979
>caleb.hatch@leehayes.com
>
>*Attorneys for Plaintiff*

SECOND JOINT STATUS REPORT

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979