Robert J. Carlson, WSBA #18455
LEE & HAYES, P.C.
701 Pike Street, Ste. 1600
Seattle, WA 98101
Telephone: (206) 315-4001
carlson@leehayes.com

Caleb Hatch, WSBA #51292
LEE & HAYES, P.C.
601 W. Riverside Ave. Suite 1400
Spokane, WA 99201
Telephone: (509) 324-9256
caleb.hatch@leehayes.com

*Attorneys for Plaintiff*

Heather C. Yakely, WSBA #28848
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Suite 250
Spokane, WA 99201
Telephone: (509) 455-5200
hyakely@ecl-law.com
*Attorney for Defendants*

Matthew Z. Crotty, WSBA #39284
Riverside Law Group, PLLC
905 W. Riverside Ave. Ste. 404
Spokane, WA 99201
Telephone: (509) 850-7011
mzc@riverside-law.com
*Attorney for Defendant Amelia Clark*

//

THIRD JOINT STATUS REPORT - 1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT B. LUTZ, MD, MPH, a married man,<br><br>Plaintiff,<br><br>v.<br><br>SPOKANE REGIONAL HEALTH DISTRICT, a Washington State local public health agency; and AMELIA CLARK, an individual,<br><br>Defendants. | No. 2:22-cv-00028-MKD<br><br>**THIRD JOINT STATUS REPORT** |

Pursuant to the Court's Order extending the stay imposed by the Court until after the judicial settlement conference [ECF No. 35], the Parties jointly submit this status report regarding the settlement process.

The Court previously granted the Parties' request to stay all deadlines and further process in the case to avoid expenditure of unnecessary costs and resources pending the settlement conference. ECF No. 32 The settlement conference was originally set for February 23, 2023 with Magistrate Judge James A. Goeke; but was rescheduled for March 15, 2023.

The Parties met with Judge Goeke for the settlement conference on March 15, 2023. The Parties reached a partial settlement only with respect to Defendant Clark, in her individual capacity. The Parties will submit a joint stipulation of dismissal of Defendant Clark from this action; which dismissal has no effect on Plaintiff's claims against SRHD, all of which remain.

THIRD JOINT STATUS REPORT - 2

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

RESPECTFULLY SUBMITTED this 29th day of March, 2023.

s/ Caleb Hatch
Caleb Hatch, WSBA # 51292
LEE & HAYES, P.C.
601 W. Riverside Ave. Suite 1400
Spokane, WA 99201
Telephone: (509) 324-9256
Fax: (509) 323-8979
Email: caleb.hatch@leehayes.com

Robert J. Carlson, WSBA #18455
LEE & HAYES, P.C.
701 Pike Street, Ste. 1600
Seattle, WA 98101
Telephone: (206) 315-4001
Fax: (509) 323-8979
Email: carlson@leehayes.com

Attorneys for Plaintiff

s/ Heather C. Yakely (with permission)

Heather C. Yakely, WSBA #28848
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Suite 250
Spokane, WA 99201
Telephone: (509) 455-5200
hyakely@ecl-law.com
*Attorney for Defendants*

s/ Matthew Z. Crotty (with permission)
Matthew Z. Crotty, WSBA #39284
Riverside Law Group, PLLC
905 W. Riverside Ave. Ste. 404
Spokane, WA 99201
Telephone: (509) 850-7011
mzc@riverside-law.com
*Attorney for Defendant Amelia Clark*

THIRD JOINT STATUS REPORT - 3

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of March, 2023, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

s/ Caleb Hatch
Caleb Hatch, WSBA #51292
Lee & Hayes, P.C.
601 W. Riverside Ave., Ste. 1400
Spokane, WA 99201
Telephone: (509) 324-9256
Facsimile: (509) 323-8979
caleb.hatch@leehayes.com

*Attorneys for Plaintiff*

THIRD JOINT STATUS REPORT

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979