Robert J. Carlson, WSBA #18455
LEE & HAYES, P.C.
701 Pike Street, Ste. 1600
Seattle, WA 98101
Telephone: (206) 315-4001
carlson@leehayes.com

Caleb Hatch, WSBA #51292
LEE & HAYES, P.C.
601 W. Riverside Ave. Suite 1400
Spokane, WA 99201
Telephone: (509) 324-9256
caleb.hatch@leehayes.com

*Attorneys for Plaintiff*

Heather C. Yakely, WSBA #28848
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Suite 250
Spokane, WA 99201
Telephone: (509) 455-5200
hyakely@ecl-law.com
*Attorney for Defendants*

Matthew Z. Crotty, WSBA #39284
Riverside Law Group, PLLC
905 W. Riverside Ave. Ste. 404
Spokane, WA 99201
Telephone: (509) 850-7011
mzc@riverside-law.com
*Attorney for Defendant Amelia Clark*

//

JOINT STIPULATION OF
DISMISSAL OF CLARK - 1

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT B. LUTZ, MD, MPH, a married man,<br><br>                    Plaintiff,<br>  v.<br><br>SPOKANE REGIONAL HEALTH DISTRICT, a Washington State local public health agency; and AMELIA CLARK, an individual,<br><br>                    Defendants. | No. 2:22-cv-00028-MKD<br><br>**JOINT STIPULATION OF DISMISSAL OF DEFENDANT CLARK** |

Plaintiff and Defendants have entered into a confidential partial settlement agreement to resolve claims alleged in this action against Defendant Clark in her individual capacity.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate to the dismissal, with prejudice, of Plaintiff's claims against Defendant Clark, in her individual capacity, in the above-captioned lawsuit. The Parties further stipulate that the dismissal of Defendant Clark from this action has no effect on Plaintiff's claims against SRHD, all of which remain.

The case caption will be amended by the parties on future filings to remove Defendant Clark.

//

//

//

JOINT STIPULATION OF
DISMISSAL OF CLARK - 2

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

RESPECTFULLY SUBMITTED this 31st day of July, 2023.

s/ Caleb Hatch
Caleb Hatch, WSBA # 51292
LEE & HAYES, P.C.
601 W. Riverside Ave. Suite 1400
Spokane, WA 99201
Telephone: (509) 324-9256
Fax: (509) 323-8979
Email: caleb.hatch@leehayes.com

Robert J. Carlson, WSBA #18455
LEE & HAYES, P.C.
701 Pike Street, Ste. 1600
Seattle, WA 98101
Telephone: (206) 315-4001
Fax: (509) 323-8979
Email: carlson@leehayes.com

Attorneys for Plaintiff

s/ Heather C. Yakely
Heather C. Yakely, WSBA #28848
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Suite 250
Spokane, WA 99201
Telephone: (509) 455-5200
hyakely@ecl-law.com
*Attorney for Defendants*

s/ Matthew Z. Crotty
Matthew Z. Crotty, WSBA #39284
Riverside Law Group, PLLC
905 W. Riverside Ave. Ste. 404
Spokane, WA 99201
Telephone: (509) 850-7011
mzc@riverside-law.com
*Attorney for Defendant Amelia Clark*

JOINT STIPULATION OF
DISMISSAL OF CLARK - 3

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of July, 2023, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

s/ Caleb Hatch
Caleb Hatch, WSBA #51292
Lee & Hayes, P.C.
601 W. Riverside Ave., Ste. 1400
Spokane, WA 99201
Telephone: (509) 324-9256
Facsimile: (509) 323-8979
caleb.hatch@leehayes.com

*Attorneys for Plaintiff*

JOINT STIPULATION OF DISMISSAL OF CLARK

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979