1  Robert J. Carlson, WSBA #18455
2  LEE & HAYES, P.C.
   701 Pike Street, Ste. 1600
3  Seattle, WA 98101
   Telephone: (206) 315-4001
4  carlson@leehayes.com

5
   Caleb Hatch, WSBA #51292
6  LEE & HAYES, P.C.
   601 W. Riverside Ave. Suite 1400
7  Spokane, WA 99201
   Telephone: (509) 324-9256
8  caleb.hatch@leehayes.com

9  *Attorneys for Plaintiff*

10
   Heather C. Yakely, WSBA #28848
11 Evans, Craven & Lackie, P.S.
   818 W. Riverside Ave., Suite 250
12 Spokane, WA 99201
   Telephone: (509) 455-5200
13 hyakely@ecl-law.com
14 *Attorney for Defendants*

15 Matthew Z. Crotty, WSBA #39284
   Riverside Law Group, PLLC
16 905 W. Riverside Ave. Ste. 404
17 Spokane, WA 99201
   Telephone: (509) 850-7011
18 mzc@riverside-law.com
   *Attorney for Defendant Amelia Clark*
19 //

20

21

22

23

[PROPOSED] ORDER

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT B. LUTZ, MD, MPH, a married man, <br><br> Plaintiff, <br><br> v. <br><br> SPOKANE REGIONAL HEALTH DISTRICT, a Washington State local public health agency; and AMELIA CLARK, an individual, <br><br> Defendants. | No. 2:22-cv-00028-MKD <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF DEFENDANT CLARK** |

This matter, having come before the Court on the Joint Stipulation of Dismissal of Defendant Clark (ECF No. 41), the Court having considered the Parties' Joint Stipulation of Dismissal of Defendant Clark in her individual capacity, and upon consideration thereof and for good cause shown, **GRANTS** the Parties' Joint Stipulation of Dismissal of Defendant Clark.

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant Clark, in her individual capacity, are **DISMISSED WITH PREJUDICE**, each Party to be responsible for its own costs and fees. Pursuant to Stipulation of the Parties, Plaintiff's claims against Spokane Regional Health District are not affected by this order, and remain intact. The case caption will be amended by the parties on future filings to remove Defendant Clark.

IT IS SO ORDERED.
DATED:_____

_____
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of July, 2023, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

s/ Caleb Hatch
Caleb Hatch, WSBA #51292
Lee & Hayes, P.C.
601 W. Riverside Ave., Ste. 1400
Spokane, WA 99201
Telephone: (509) 324-9256
Facsimile: (509) 323-8979
caleb.hatch@leehayes.com

*Attorneys for Plaintiff*

[PROPOSED] ORDER

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979