HONORABLE MARY K. DIMKE

HEATHER C. YAKELY, WSBA #28848
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| ROBERT B. LUTZ, MD, MPH, a married man,<br><br>Plaintiff,<br><br>vs.<br><br>SPOKANE REGIONAL HEALTH DISTRICT,<br><br>Defendants. | Case No. 2:22-CV-0028-MKD<br><br>MOTION TO EXPEDITE HEARING RE: JOINT MOTION TO EXTEND DEADLINES UNDER THE CASE SCHEDULING ORDER (ECF 40)<br><br>Without Oral Argument on Friday October 13, 2023 |
|---|---|

### I. **MOTION**

COMES NOW Defendants SPOKANE REGIONAL HEALTH DISTRICT, by and through the undersigned counsel of the law firm of Evans, Craven & Lackie, P.S., hereby request that the Court issue an Order granting the Motion to Expedite the Hearing on the parties' Joint Motion to Extend the Case Scheduling Order. THIS MOTION is based upon the files and records and the Memorandum in support thereof filed herein.

Motion to Expedite Hearing Re: Stipulated Motion to
Stay Discovery Pending Settlement Conference - page 1

**EVANS, CRAVEN & LACKIE, P.S.**
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

## II.    MEMORANDUM

The parties' stipulated motion was filed on October 6, 2023 [ECF 49]. This Motion to Expedite is necessary because LCivR 7(i)(2)(a) requires 30 days' notice prior to hearing a non-dispositive motion.

Under LCivR 7(i)(2)(c), good cause must exist to alter the hearing time requirements. Good causes exist to expedite the hearing on the parties' Joint Motion to Extend the Case Scheduling Order.

## III.    CONCLUSION

For the reasons stated above the Defendants' respectfully request that the hearing on the Motion for Extension of Time on the parties' Joint Motion to Extend the Case Scheduling Order be heard on an expedited basis.

DATED:  October 6, 2023.

                EVANS, CRAVEN & LACKIE, P.S.

By    s/ Heather C. Yakely
HEATHER C. YAKELY, #28848
Attorneys for Defendants
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Ste. 250
Spokane, WA 99201
(509) 455-5200
(509) 455-3632 facsimile
hyakely@ecl-law.com

Motion to Expedite Hearing Re: Stipulated Motion to
Stay Discovery Pending Settlement Conference - page 2



EVANS, CRAVEN & LACKIE, P.S.

818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following listed attorneys:

      Robert James Carlson - Bob@leehayes.com
      Caleb Andrew Hatch - caleb.hatch@leehayes.com

/s Heather C. Yakely
HEATHER C. YAKELY, #28848
Attorneys for Defendants
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Ste. 250
Spokane, WA 99201
(509) 455-5200
(509) 455-3632 facsimile
hyakely@ecl-law.com



818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632