Robert J. Carlson, WSBA #18455
LEE & HAYES, P.C.
701 Pike Street, Ste. 1600
Seattle, WA 98101
Telephone: (206) 315-4001
carlson@leehayes.com

Caleb Hatch, WSBA #51292
LEE & HAYES, P.C.
601 W. Riverside Ave. Suite 1400
Spokane, WA 99201
Telephone: (509) 324-9256
caleb.hatch@leehayes.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT B. LUTZ, MD, MPH, a married man,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>SPOKANE REGIONAL HEALTH DISTRICT, a Washington State public health agency,<br><br>　　　　　　　　　　Defendant. | No. 2:22-cv-00028-MKD<br><br>**MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS SPOKANE REGIONAL HEALTH DISTRICT** |

　　　　Pursuant to Fed. R. Civ. P. 55, Fed. R. Civ. P. 15(a)(3), and LCivR 55(a)(1), Plaintiff moves for entry of default against Defendant Spokane Regional Health District. On December 27, 2023, this Court granted Plaintiff's motion for leave to file an amended complaint. ECF No. 62. On December 28, 2023, Plaintiff's First

MOTION FOR ENTRY OF DEFAULT - 1

LEE & HAYES, P.C
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509)324-9256 Fax: (509)323-8979

1  Amended Complaint was filed and served. ECF No. 63. Defendant's answer to the
2  first amended complaint was due by January 11, 2024. Fed. R. Civ. P. 15(a)(3).
3  Defendant did not file or serve an answer to the first amended complaint. On
4  January 29, 2024, and pursuant to LCivR 55(a), Defendant was provided with
5  written 14-day notice of Plaintiff's intent to move for entry of default for failure to
6  timely respond to the first amended complaint. Declaration of Caleb Hatch at ¶ 5,
7  EXHIBIT A. Defendant did not respond to the written notice or file an answer to the
8  first amended complaint. *Id*. at ¶ 6. On February 22, 2024, Defendant was sent
9  another written notice that Defendant had missed the deadline to file an answer to
10 the first amended complaint and had missed the 14-day deadline to file an answer
11 following the notice under LCivR 55(a). *Id*. at ¶ 7, EXHIBIT A. Defendant did not
12 respond and did not file an answer to the first amended complaint. *Id*. at ¶¶ 8-9.

13    Defendant has not filed an answer to Plaintiff's first amended complaint, by
14 the required deadline. Plaintiff respectfully requests this Court enter default against
15 Defendant. This Motion is supported by the concurrently filed Declaration of Caleb
16 Hatch.

17    Respectfully submitted this 26th day of February, 2024.

                                    s/ Caleb Hatch
                                    Caleb Hatch, WSBA # 51292
                                    LEE & HAYES, P.C.
                                    601 W. Riverside Ave. Suite 1400
                                    Spokane, WA 99201
                                    Telephone: (509) 324-9256
                                    Fax: (509) 323-8979
                                    Email: caleb.hatch@leehayes.com

MOTION FOR ENTRY OF DEFAULT - 2

LEE & HAYES, P.C
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509)324-9256 Fax: (509)323-8979

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

Robert J. Carlson, WSBA #18455
LEE & HAYES, P.C.
701 Pike Street, Ste. 1600
Seattle, WA 98101
Telephone: (206) 315-4001
Fax: (509) 323-8979
Email: carlson@leehayes.com

*Attorneys for Plaintiff*

MOTION FOR ENTRY OF DEFAULT - 3

LEE & HAYES, P.C
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509)324-9256 Fax: (509)323-8979

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

s/ Caleb Hatch
Caleb Hatch, WSBA # 51292
LEE & HAYES, P.C.
601 W. Riverside Ave. Suite 1400
Spokane, WA 99201
Telephone: (509) 324-9256
Fax: (509) 323-8979
Email: caleb.hatch@leehayes.com

*Attorneys for Plaintiff*

MOTION FOR ENTRY OF DEFAULT - 4

LEE & HAYES, P.C
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509)324-9256 Fax: (509)323-8979