FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 19, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT B. LUTZ, MD, MPH, a married man, <br><br> Plaintiff, <br><br> v. <br><br> SPOKANE REGIONAL HEALTH DISTRICT, a Washington State local public health agency, <br><br> Defendant. | No. 2:22-CV-00028-SAB <br><br> **ORDER GRANTING DEFENDANT'S MOTION FOR PROTECTIVE ORDER** |

On December 19, 2024, the Court held a motion hearing in this matter via video conference. Plaintiff was represented by Charles Hausberg and Michael Maurer. Defendant was represented by Heather Yakely.

At the hearing, the Court addressed Defendant's Motion for Protective Order, ECF No. 77. For the reasons stated on the record, the Court granted the Motion. This Order memorializes the Court's oral rulings.

//

//

//

//

//

**ORDER GRANTING DEFENDANT'S MOTION FOR PROTECTIVE ORDER** - 1

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion for Protective Order, ECF No. 77, is **GRANTED**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 19th day of December 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING DEFENDANT'S MOTION FOR PROTECTIVE ORDER** - 2