AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

ROBERT B. LUTZ, MD, MPH, a married man,

*Plaintiff*

v.

SPOKANE REGIONAL HEALTH DISTRICT, a Washington State local public health agency,

*Defendant*

Civil Action No. 2:22-CV-00028-SAB

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 06, 2025**

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Defendant's Motion for Summary Judgment, ECF No. 88, is GRANTED in part, as follows: a. Summary judgment is GRANTED as to the federal law portions of Claim 4 for wrongful termination in violation of Plaintiff's Fifth and Fourteenth Amendment rights. b. Summary judgment is GRANTED as to the federal law portions of Claim 5 for wrongful termination in violation of Plaintiff's First Amendment rights. Judgment in favor of Defendant and against Plaintiff for the federal law portions of Claims 4 and 5. REMANDED to Spokane Superior Court for further adjudication.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    Stanley A. Bastian

Date: 3/6/2025

CLERK OF COURT

SEAN F. McAVOY

s/ Nicole Cruz
*(By) Deputy Clerk*

Nicole Cruz