FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 01, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT B. LUTZ, MD, MPH, a married man, <br><br> Plaintiff, <br><br> v. <br><br> SPOKANE REGIONAL HEALTH DISTRICT, a Washington State local public health agency, <br><br> Defendant. | No. 2:22-CV-00028-SAB <br><br> **ORDER DISMISSING FEDERAL CLAIM; REMANDING REMAINING CLAIMS TO STATE COURT** |

Before the Court is the parties' Stipulated Motion to Dismiss, ECF No. 113. Plaintiff is represented by Charles Hausberg and Michael A. Maurer. Defendant is represented by Heather C. Yakely. The Motion was considered without oral argument.

The parties stipulate and request the Court dismiss Plaintiff's single federal claim in the above-captioned matter with prejudice and without costs or attorney fees to any party regarding the federal claim. By dismissing the lone federal claim, the Court no longer has jurisdiction over the remaining state law claims. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation and enter it into the record.

**ORDER DISMISSING FEDERAL CLAIM; REMANDING REMAINING CLAIMS TO STATE COURT * 1**

Accordingly, **IT IS HEREBY ORDERED**:

1.    The parties' Stipulated Motion to Dismiss, ECF No. 113, is **GRANTED**.

2.    Plaintiff's single federal claim in this action, wrongful termination in violation of procedural due process rights under 42 U.S.C. § 1983, is **DISMISSED with prejudice** and without costs or attorney's fees.

3.    The remaining claims asserted against Spokane Regional Health District are **remanded** to Spokane County Superior Court.

4.    The status conference set for April 21, 2026, is **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order, provide copies to counsel **and to** the Spokane County Superior Court, and **close** the file.

**DATED** this this 1st day of April 2026.



Stan Bastian
Chief United States District Judge

**ORDER DISMISSING FEDERAL CLAIM; REMANDING REMAINING CLAIMS TO STATE COURT * 2**